# ELECTRONIC RECORD

CCA #    09-14-00190-CR

OFFENSE:    Solicitation of a Child

STYLE:    David Lee Victorick
v. The State of Texas

PUNISHMENT:    5 years

COUNTY:    Montgomery

TRIAL COURT:    435th District Court
TRIAL COURT #:    13-11-12323 CR
TRIAL COURT JUDGE:    Judge Michael Seiler
DISPOSITION:    AFFIRMED

_____ MOTION
FOR REHEARING IS:    _____
DATE:    _____
JUDGE:    _____

DATE:    12-10-14

JUSTICE:    Leanne Johnson        PC    NO    S    YES
PUBLISH:    YES            DNP:    NO

CLK RECORD:    05-19-14
RPT RECORD:    05-15-14
STATE BR:    10-20-14
APP BR:    08-20-14

SUPP CLK RECORD:    _____
SUPP RPT RECORD:    _____
SUPP BR:    _____
PRO SE BR:    _____

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**

CCA # _____PD-0030-15_____

- - - - - - - - - - - - - - - - - - - -

___APPELLANT'S___ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
___REFUSED___
DATE: _03/18/2015___
JUDGE: _Per Curiam___

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____    PC: _____
PUBLISH: _____    DNP: _____

- - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____